227 So.2d 588

### Terry HEBERT

v.

### SENTRY INSURANCE COMPANY et al.

#### No. 50078.

Nov. 10, 1969.

In re: Terry Hebert applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 224 So.2d 842.

Writ refused. On the facts found by the Court of Appeal there is no error in the judgment complained of.

■

227 So.2d 589

### Elton MAYES, Sr.

v.

### CROSBY CHEMICALS, INC.

#### No. 50080.

Nov. 10, 1969.

In re: Elton Mayes, Sr. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Beauregard.　225 So.2d 57.

The application is denied. According to the facts of the case as found by the court of appeal there appears no error of law in the judgment complained of.